AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
02/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
02/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ M.B. _____ DEPUTY

United States of America

v.

TY AARON FOWLES,

Defendant

Case No. 8:23-mj-00123-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 6, 2021 in the county of Orange in the Central District of California, the

defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 | Escape |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Adrian Bravo
*Complainant's signature*

Adrian Bravo, Deputy United States Marshal (USMS)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 28, 2023

*Judge's signature*

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

Melissa Rabbani

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Adrian Bravo, being duly sworn, hereby declare and state as follows:

INTRODUCTION

1.   I am a Deputy United States Marshal and have been so employed for approximately 13 years. I am presently assigned to the United States Marshal Service ("USMS") Santa Ana, California office. As part of my responsibilities, I locate and apprehend fugitives from justice including those who have escaped from the Bureau of Prisons ("BOP") custody.

2.   This affidavit is made in support of a federal criminal complaint and arrest warrant for Ty Aaron FOWLES ("FOWLES") for a violation of 18 U.S.C. § 751 (Escape).   FOWLES is a white male with a height of 5'09", weight of 180 pounds, brown hair, and brown eyes, who was born in 1967.   The facts in this affidavit are based upon my personal observations, reports and information provided to me by other law enforcement agents and government agencies, and additional documents obtained during the course of the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

PROBABLE CAUSE

3.      On June 21, 2021, the USMS received information from the Garden Grove Residential Re-entry Center, a Federal Bureau of Prisons contract facility, that FOWLES had escaped from the Garden Grove Residential Re-entry Center, 11112 Barclay, Garden Grove, CA 92841 ("the RRC").   The RRC and court records I reviewed indicate that on March 15, 2010, FOWLES was sentenced to a term of 180 months' imprisonment and 60 months of supervised release by the Honorable Terry J. Hatter, Jr., United States District Court Judge, Central District of California, after pleading guilty to one count of racketeering in violation of 18 U.S.C. §§ 1962

1

and one count of conspiracy racketeering in violation of 21 U.S.C. §§ 846 (d).

4.      On April 2, 2021, FOWLES was transferred from Coleman United States

Penitentiary ("USP"), to the RRC to serve the final portion of his sentence.

5.      On June 6, 2021, at 6:35 a.m., FOWLES signed out of the RRC with a return time

of 5:30 p.m.   At approximately 5:30 p.m. FOWLES contacted the facility stating he was stuck in

traffic and would arrive at 6:00 p.m. At 6:28 p.m. staff contacted FOWLES via cellphone, and

indicated he was still on the freeway, and was going to need another 30 minutes to arrive at the

facility.   At 6:47 p.m. staff tried contacting FOWLES but were unsuccessful.   The Residential

Re-entry Manager was contacted, and inmate FOWLES was placed on immediate escape status.

To date, FOWLES has not returned to the RCC or otherwise surrendered to the USMS or Bureau

of Prisons.   On June 6, 2021, The RRC checked the surrounding hospitals to see if FOWLES

had checked in as a patient, but no record of FOWLES was found.   At the time of his escape,

FOWLES had a projected release date of July 18, 2021.

6.      Based on the foregoing, I believe that there is probable cause that FOWLES

violated 18 U.S.C. § 751 (Escape).

_____/s/_____
ADRIAN BRAVO
Deputy United States Marshal


Attested to by the applicant in accordance
with the requirements of Federal Rule of
Criminal Procedure 4.1 by telephone
on this _28_ day of February 28, 2023.

_____
THE HONORABLE JOHN D. EARLY
United States Magistrate Judge
Central District of California

2